■ In the Matter of the Arbitration between BOARD OF EDUCATION OF DUNDEE CENTRAL SCHOOL DISTRICT, Respondent, and DOUGLAS COLEMAN, Appellant. (Appeal No. 2.) [945 NYS2d 924]— Appeal from a judgment of the Supreme Court, Yates County (W. Patrick Falvey, A.J.), dated April 29, 2011. The judgment granted the petition to vacate that part of the Hearing Officer's award imposing a penalty of a suspension of six months and remitted the matter to a different hearing officer for the determination of an appropriate penalty.

It is hereby ordered that the judgment so appealed from is affirmed without costs.

Same memorandum as in *Matter of Board of Educ. of Dundee Cent. School Dist. [Coleman]* (96 AD3d 1536 [2012]). Present—Scudder, P.J., Smith, Fahey, Carni and Sconiers, JJ. **[Prior Case History: 32 Misc 3d 334.]**